IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLIE IRVIN                                                                                         PLAINTIFF

v.                                    Case No: 4:22-cv-00476-JM-PSH

ADAMS, *et al.*                                                                                       DEFENDANTS

## ORDER

Plaintiff Charlie Irvin filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on May 20, 2022 (Doc. No. 1). On May 23, 2022, the Court entered an order directing Irvin to submit the full $402.00 filing and administrative fees or file a fully completed *in forma pauperis* application within 30 days. *See* Doc. No. 2. Irvin was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Irvin has not complied or otherwise responded to the May 23 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Irvin's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 12th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE