IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLIE IRVIN**                                                                       **PLAINTIFF**

**v.**                                **Case No: 4:22-cv-00476-JM-PSH**

**ADAMS,** *et al.*                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 12th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE