IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLIE IRVIN**                                                                **PLAINTIFF**

v.                                   Case No: 4:22-cv-00476-JM

**ADAMS,** *et al.*                                                        **DEFENDANTS**

## **ORDER**

Before the Court is a motion for reconsideration filed by Plaintiff Charlie Irvin (Doc. No. 6). Irvin states that he did not receive his *in forma pauperis* (IFP) back from the jail and objects to the dismissal of his case. Irvin's motion is GRANTED. The Court vacates the July 12, 2022 Order and Judgment dismissing this case (Doc. Nos. 3 & 4) and directs the Clerk to reopen this case. The Court further directs the Clerk to send Irvin an IFP application and to mail a copy of this order to Jail Administrator Joseph Gorman. Irvin must return a completed IFP application, along with the certificate *and* calculation of initial payment of filing fee, or pay the $402.00 filing and administrative fees, within 30 days of the date of this Order. If he fails to do so, this lawsuit will be dismissed.

The Court returns this case to Magistrate Judge Patricia Harris for further proceedings.

DATED this 19th day of July, 2022.

                                                                        UNITED STATES DISTRICT JUDGE