IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLIE IRVIN**                                                                                                       **PLAINTIFF**

v.                                            Case No: 4:22-cv-00476-JM-PSH

**ADAMS,** *et al.*                                                                                           **DEFENDANTS**

## ORDER

Plaintiff Charlie Irvin filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on May 20, 2022 (Doc. No. 1). Irvin subsequently filed an amended complaint (Doc. No. 9) and a supplement to his complaint (Doc. No. 14). On August 17, 2022, the Court entered an order directing Irvin to file a second amended complaint within 30 days to narrow and clarify his claims. *See* Doc. No. 16. He was also instructed to sign his new complaint. *Id.* Irvin was cautioned that failure to comply with the Court's order within that time may result in the dismissal of his case.

More than 30 days have passed, and Irvin has not complied or otherwise responded to the August 17 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Irvin's complaint (Doc. No. 1), amended complaint (Doc. No. 9), and supplement (Doc. No. 14) are DISMISSED WITHOUT PREJUDICE.

DATED this 11th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE